# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENTSPLY SIRONA INC.,** | : | CIVIL ACTION NO. 1:17-CV-1530 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NET32, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 31st day of October, 2017, upon consideration of the Joint Stipulation and Protective Order (Doc. 39), it is hereby ORDERED that said Joint Stipulation is GRANTED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania