# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENTSPLY SIRONA INC.,** : | CIVIL ACTION NO. 1:17-CV-1530 |
| Plaintiff : | (Chief Judge Conner) |
| v. : | |
| **NET32, INC.,** : | |
| Defendant : | |

## ORDER

AND NOW, this 11th day of January, 2018, upon consideration of the motion (Doc. 2) for preliminary injunction by Dentsply Sirona Inc. ("Dentsply"), the parties' briefs (Docs. 3, 24, 29, 37-2) and proposed findings of fact and conclusions of law (Docs. 49, 50) in support of and opposition to said motion, respectively, and the evidence presented during the preliminary injunction hearing convened on November 2, 2017, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that Dentsply's motion (Doc. 2) for preliminary injunction is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania