IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENTSPLY SIRONA INC.,** | : | CIVIL ACTION NO. 1:17-CV-1530 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NET32, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 19th day of July, 2018, upon consideration of the motion (Doc. 22) filed by defendant Net32, Inc. ("Net32"), seeking to dismiss the complaint (Doc. 1) of plaintiff Dentsply Sirona Inc. ("Dentsply"), and the parties' respective briefs in support of and opposition to said motion (Docs. 23, 28, 36), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Net32's motion (Doc. 22) to dismiss is GRANTED.

2. Dentsply's claims are DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

     /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania