IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENTSPLY SIRONA INC. | : | Civil No. 1:17:CV-01530 |
| Plaintiff, | : | |
| v. | : | |
| NET32, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 4th day of March, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The Defendant's motion to dismiss and/or strike the amended complaint (Doc. 81) is **GRANTED IN PART AND DENIED IN PART**.

2. The motion to dismiss is **DENIED** with respect to Counts I and II of the amended complaint.

3. The motion to dismiss is **GRANTED** with respect to Count III of the amended complaint.

4. The motion to strike portions of the amended complaint's prayer for relief is **GRANTED**. The portions of the prayer for relief that relate to genuine Dentsply products are **STRICKEN** from the amended complaint. The amended complaint's prayer for relief, *see* Doc. 80 at 45–50, shall pertain

1

solely to non-genuine Dentsply products, i.e., materially different gray market goods or goods intended for sale only outside the United States.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania