# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00200-FDW-DSC

| | |
|---|---|
| **DENTSPLY SIRONA INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NET32 INC.,** )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Dina M. Cox, Janelle P. Kilies, Michael S. Mitchell and Christopher G. Renner]" (documents ##107, 108, 111 and 112) filed April 7, 2020. For the reasons set forth therein, the Motions will be granted

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 8, 2020

_____
David S. Cayer
United States Magistrate Judge